CABANISS & WEAKLEY, *contra.*

This was a petition filed by D. D. Richardson in the mortgage foreclosure case of Pioneer Savings & Loan Company against Artie H. and G. W. C. Lomb, in the city court of Birmingham, Alabama, after a decree of foreclosure, at which the Pioneer Company had become the purchaser, asking the court to make no order touching the possession of the land until petitioner's rights could be determined by law. On final hearing, the city court dismissed the petition, and from the decree of dismissal the appeal is taken. Decree affirmed.

Opinion PER CURIAM.

# Richardson v. Pioneer Savings & Loan Co.

APPEAL from Birmingham City Court, in Equity.

Heard before the Hon. H. A. SHARPE.

CHAS. B. POWELL, for appellant.

'CABANISS & WEAKLEY, *contra.*

The bill in this case was filed on the 7th day of August, 1895, in the city court of Birmingham, Alabama, by D. D. Richardson against the Pioneer Savings & Loan Company and George M. Morrow, sheriff of Jefferson county, and had for its object the enjoining of the defendants from entering upon the tract of land described in the bill, or interfering with the crop thereon. The city court on final hearing dissolved the injunction and dismissed the bill. From this final decree the appeal is taken. Decree affirmed.

Opinion PER CURIAM.